UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 12-36388 GMB

Debtor: Melvin P. Foster

| Check Number | Creditor | Amount |
|---|---|---|
| 1837044 | Ocwen Loan Servicing, LLC | 8234.70 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  February 26, 2014