UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 12-36388 GMB

Debtor: Melvin P. Foster

| Check Number | Creditor | Amount |
|---|---|---|
| 1854968 | Ocwen Loan Servicing, LLC | 1853.99 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   August 6, 2014